IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                        CASE NO.: 4:01cr76-SPM

ROBERTO J. MONTELONGO,

       Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, ROBERTO J. MONTELONGO, to Count One of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 4th day of November, 2005.

                                                            *s/ Stephan P. Mickle*
                                                            Stephan P. Mickle
                                                            United States District Judge